IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

SMITH-BERCH, INC., trading as the
WHITE MARSH INSTITUTE
      Plaintiff

v.

Civil Action No. CCB-98-1821

BALTIMORE COUNTY, MARYLAND,
*et al.*
      Defendants

## STIPULATION OF DISMISSAL WITH
## PREJUDICE OF THE MONETARY CLAIMS

The parties hereby agree and stipulate to the dismissal with prejudice of the monetary claims.

All claims in this matter have been finally adjudicated.

_____
ELLEN M. WEBER
Legal Action Center of the
City of New York, Inc.
236 Massachusetts Avenue, N.E., Suite 505
Washington, D.C. 20002
202-544-5478

VIRGINIA W. BARNHART
County Attorney

_____
CAROL SAFFRAN-BRINKS
Assistant County Attorney
Courthouse, Second Floor
400 Washington Avenue
Towson, Maryland 21204
410-887-4420

SO ORDERED, this 4th day of October, 2000.

_____
CATHERINE C. BLAKE, Judge
United States District Court



**Board of Directors**
Daniel K. Mayers
  *Chairman*
Elizabeth Bartholet
  *Vice Chair*
Eric D. Balber
Andrea Barthwell
Pamela S. Brier
Patrick R. Cowlishaw
Suzanne B. Cusack
Harlon L. Dalton
Edward J. Davis
Michael K. Deaver
Dennis DeLeón
Jason Flom
F. David Fowler
Diana R. Gordon
Alan J. Hruska
Peter Barton Hutt
Alan Jenkins
Brad S. Karp
Rory E. Kennedy
Doug Liman
Alice E. Mayhew
Michael Meltsner
Mark C. Morril
June E. Osborn
Allan Rosenfield
Richard Sanchez
Ian Schrager
Jane Velez
Miki Yaras-Davis

**Founding Chairman**
Arthur L. Liman
  *from 1972 to 1997*

**Lawyers & Policy Staff**
Paul N. Samuels*
  *Director and President*
Catherine H. O'Neill*
  *Senior Vice President*
Ellen M. Weber *◊
  *Senior Vice President*
Nimia M. Ramos Beauchamp ‡
Sally Friedman*
Susan L. Jacobs*
Felix Lopez*
Anita R. Marton*+
Thomas C. McDaniels, Jr.
Debbie Mukamal*
Gwen Rubinstein
Molly Surden

*Bar Admissions:*
New York *
Maryland and
  District of Columbia ◊
Massachusetts +
Puerto Rico ‡

October 2, 2000

Frank L. Monge
Clerk, United States District Court
  for the District of Maryland
U.S. District Court
Suite 4415
101 West Lombard Street
Baltimore, MD 21201

Re: <u>Smith-Berch, Inc. v. Baltimore County, MD, et al.</u>
Civil No. CCB-98-1821

Dear Mr. Monge:

Enclosed please find a copy of the Stipulation of Dismissal with Prejudice of the Monetary Claims in the above-captioned matter.

Thank you for your attention.

Sincerely,

Ellen M. Weber
Attorney for Smith-Berch, Inc.

cc. Carol Saffran-Brinks

**New York**
153 Waverly Place   New York, New York   10014
Phone: 212-243-1313   Fax: 212-675-0286
E-mail: lacinfo@lac.org

**Washington**
236 Massachusetts Avenue, NE   Suite 505   Washington, DC   20002
Phone: 202-544-5478   Fax: 202-544-5712
E-mail: lacinfo@lac-dc.org