IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SMITH-BERCH, INC.

v.  :  CIVIL NO. CCB-98-1821

BALTIMORE COUNTY, MARYLAND,
ET AL.

...oOo...

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. the Order of July 26, 2000 is clarified by incorporating the relief requested by the plaintiff: (a) it is declared that the defendants' practice as described in the Memorandum of July 26, 2000 requiring methadone treatment programs, but not other medical offices, to participate in a hearing in order to locate in Baltimore County violates Title II of the ADA; and (b) the defendants are enjoined from treating methadone treatment programs differently from other medical offices for purposes of zoning and thereby preventing Smith-Berch from establishing a methadone treatment program in the County;

2. because Bill No. 39-02 violates the Order of July 26, 2000, the County is hereby enjoined from enforcing the provisions that apply to methadone treatment centers; and

3. the Clerk shall send copies of this Order and the accompanying Memorandum to counsel of record.

8/30/02
Date

Catherine C. Blake
United States District Judge

5