IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SMITH-BERCH, INC. | : | |
| v. | : | CIVIL NO. CCB-98-1821 |
| BALTIMORE COUNTY, MARYLAND, ET AL. | : | |

...oOo...

## ORDER

The defendant's Motion for Stay of Judgment has been considered and shall be **Denied**, for the following reasons.

First, the County has not satisfied any of the four factors necessary to justify a stay. See Long v. Robinson, 432 F.2d 977, 979 (4th Cir. 1970); St. Agnes Hosp. of City of Baltimore Inc. v. Riddick, 751 F.Supp. 75, 76 (D.Md. 1990). In particular, it is disingenuous for the County to agree in 2000 that this court has jurisdiction to enforce its injunctive relief and then deny in 2002 that such jurisdiction exists, whether under the original case, to enforce the injunctive relief that was granted; under the settlement agreement; under 18 U.S.C. § 401(3); or otherwise. Any collateral effect the Order may have on other litigation does not outweigh the rights of the parties in this case, and the harm to Smith-Berch, Inc. from further delay outweighs any harm to the County.

Finally, the public interest is served by enforcing rights granted under the Americans with Disabilities Act, not by condoning hurriedly-enacted legislation such as Bill 39-02.

Accordingly, the Motion to Stay is **Denied**.

**SO ORDERED** this ____ day of November, 2002.

_____
Catherine C. Blake
United States District Judge

