UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**CATHERINE C. BLAKE**
**UNITED STATES DISTRICT JUDGE**

**U.S. COURTHOUSE**
**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-3220**
**Fax (410) 962-6836**

June 5, 2003

Ellen M. Weber, Esquire
Richard Boldt, Esquire
University of Maryland Law School
500 W. Baltimore Street
Baltimore, MD 21201

John E. Beverungen, Esquire
Jeffrey G. Cook, Esquire
Assistant County Attorneys
Baltimore County Office of Law
400 Washington Avenue
Towson, MD 21204

      Re:    <u>Smith-Berch, Inc. v. Baltimore County, Maryland</u>
               <u>Civil No. CCB-98-1821</u>

Dear Counsel:

      As you are aware, on May 20, 2003 the United States Court of Appeals for the Fourth Circuit issued a ruling in this case. Accordingly, a conference call to discuss further proceedings has been scheduled for **Friday, June 13, 2003** at **10:00 a.m.** My office will initiate the call.

      Sincerely yours,

      /s/

      Catherine C. Blake
      United States District Judge